# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

IN RE:  :  CHAPTER 13
JAMYE GWEN KEISER  :
    Debtor  :  BK. No. 18-18325 PMM

## ORDER

AND NOW, this ____ day of _____, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; ~~and it is further;~~

**Date: March 20, 2020**

_____
PATRICIA M. MAYER
**Bankruptcy Judge**

SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

CHARLES LAPUTKA, ESQUIRE
1344 W HAMILTON ST
ALLENTOWN, PA 18102

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

JAMYE GWEN KEISER
4580 JASMINE DRIVE
CENTER VALLEY, PA 18034