*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jamye Gwen Keiser
    Debtor(s)

Case No: 18–18325–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor The Money Source Inc. Filed by Jamye Gwen Keiser.

    on: 12/1/22

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  11/3/22

Timothy B. McGrath
Clerk of Court

116 – 115
Form 167