United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jamye Gwen Keiser  
    Debtor

Case No. 18-18325-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Nov 03, 2022      Form ID: 167      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamye Gwen Keiser, 4580 Jasmine Dr, Center Valley, PA 18034-8506 |
| cr | + | Countryside at Saucon Community Association, Inc., P.O. Box 730, Oakhurst, NJ 07755-0730 |
| 14571131 | + | Countryside at Saucon Comm Assoc, c/o Joshua A. Gildea, Esq., FITZPATRICK LENTZ & BUBBA, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 14571081 | + | Countryside at Saucon Community Association, Inc., c/o East Coast Property Management, PO Box 730, Oakhurst, NJ 07755-0730 |
| 14248297 | + | East Coast Management, 740 Llyod Road, Building 14, Matawan, NJ 07747-1056 |
| 14248299 | + | Hayt Hayt & Landau LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14275569 | | IRS, Department of the Treasury, Andover, MA 01810 |
| 14248306 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14248307 | + | Michael J. Dougherty, Esquire, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 14248309 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14386878 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14248315 | + | TD RCS/Raymour & Flanigan, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |
| 14275196 | + | The Money Source Inc., Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14248317 | + | William K. Malkames, Esquire, 509 Linden St, Allentown, PA 18101-1415 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2022 00:13:00 | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Nov 04 2022 00:13:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14248294 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 04 2022 00:13:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14248295 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 00:25:36 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 14257205 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 00:25:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14272722 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 00:25:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14248296 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 00:13:00 | Discover Financial Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14252648 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14409372 | | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 18-18325-pmm   Doc 117   Filed 11/05/22   Entered 11/06/22 00:28:15   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 167 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 04 2022 00:13:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14248298 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Nov 04 2022 00:13:00 | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14248300 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 04 2022 00:13:00 | IRS, Department of the Treasury, P.O. Box 7346, Phila., PA 19101-7346 |
| 14248301 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 04 2022 00:14:00 | Jefferson Capital System, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 14256883 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 04 2022 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14248302 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | | |
| | | | Nov 04 2022 00:14:00 | JH Portfolio Debt Equities LLC, 5757 Phanton Dr, Suite 225, Hazelwood, MO 63042-2429 |
| 14248303 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 04 2022 00:13:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14253701 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 04 2022 00:25:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14248304 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 04 2022 00:25:28 | LVNV Fundings LLC, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 14248305 | ^ | MEBN | | |
| | | | Nov 04 2022 00:11:28 | Mariner Finance, 5802 E Virginia Beach Blvd, Suite 121, Norfolk, VA 23502-2483 |
| 14276618 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Nov 04 2022 00:13:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14248308 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 04 2022 00:14:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14267473 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 04 2022 00:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14248310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 04 2022 00:25:28 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14276019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 04 2022 00:25:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14248311 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Nov 04 2022 00:13:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14256542 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 04 2022 00:13:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14278756 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 04 2022 00:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14248312 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Nov 04 2022 00:14:00 | Santander Consumer USA, 8585 N Stemmons Fwy, Suite 1100-N, Dallas, TX 75247-3822 |
| 14256712 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Nov 04 2022 00:14:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14248313 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Nov 04 2022 00:13:00 | SunTrust Bank, 1001 Semmes Ave, PO Box 27172, Richmond, VA 23261-7172 |
| 14270894 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Nov 04 2022 00:13:00 | Suntrust, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14248692 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 04 2022 00:25:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14279893 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 04 2022 00:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14248314 | + | Email/Text: bncmail@w-legal.com | | |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 167 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 04 2022 00:13:00 | TD Bank/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14270776 | + | Email/Text: tdebn@credbankserv.com | Nov 04 2022 00:13:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14720999 | ^ | MEBN | Nov 04 2022 00:11:32 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14589541 | + | Email/Text: BK@servicingdivision.com | Nov 04 2022 00:13:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14273952 | + | Email/Text: BK@servicingdivision.com | Nov 04 2022 00:13:00 | The Money Store Inc., 500 South Broad St, Suite 100A, Meriden CT 06450-6755 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | THE MONEY SOURCE INC., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 14248316 | ##+ | The Money Source, 135 Maxess Road, Melville, NY 11747-3801 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Jamye Gwen Keiser claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor The Money Source Inc. jblank@avallonelaw.com |
| JOSHUA A. GILDEA | on behalf of Creditor Countryside at Saucon Community Association  Inc. jgildea@flblaw.com, ccharlton@flblaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Nov 03, 2022 | Form ID: 167 | Total Noticed: 51

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com

THOMAS SONG
    on behalf of Creditor The Money Source Inc. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com   mortoncraigecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jamye Gwen Keiser
    Debtor(s)

Case No: 18−18325−pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor The Money Source Inc. Filed by Jamye Gwen Keiser.

on: 12/1/22

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 11/3/22

Timothy B. McGrath
Clerk of Court

116 − 115
Form 167