# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jamye Gwen Keiser<br>      Debtor(s)<br><br>THE MONEY SOURCE, its successors and/or assigns<br>      Movant<br>  vs.<br><br>Jamye Gwen Keiser<br>      Debtor(s)<br><br>Scott F. Waterman<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-18325 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Certification of Default of THE MONEY SOURCE, which was filed with the Court on or about October 31, 2022, document number 114.

            Respectfully submitted,


            /s/ Denise Carlon, Esq.
            _____

            Denise Carlon, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: 11/4/2022