# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

April 5, 2023

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
201 Penn Street
1st Floor
Reading, PA 19601

RE: Jamye G. Keiser
SSN: XXX-XX-0497
BANKRUPTCY CASE#: 18-18325 PMM

Dear Clerk:

Please withdraw claim #10 filed by Educational Credit Management
Corporation (ECMC) in the amount of $28,080.30 filed on February 8,
2019. This debt has been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further
questions, you may contact me at (651) 221-0566 X 113678.

Sincerely,

Chammye Xiong
Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408