| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-18325-PMM

JAMYE GWEN KEISER
4580 JASMINE DR
CENTER VALLEY  PA    18034

Petition Filed Date: 12/19/2018
341 Hearing Date: 02/05/2019
Confirmation Date: 08/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,000.00 | | 08/12/2022 | $1,685.00 | | 08/25/2022 | $910.00 | |
| 10/24/2022 | $955.00 | | 12/19/2022 | $975.00 | | 02/28/2023 | $500.00 | |
| 03/27/2023 | $1,500.00 | | 04/05/2023 | $2,500.00 | | 05/31/2023 | $990.00 | |
| 06/23/2023 | $975.00 | | | | | | | |

**Total Receipts for the Period: $11,990.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,771.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $1,887.86 | $0.00 | $1,887.86 |
| 11 | CAPITAL ONE NA »» 011 | Unsecured Creditors | $555.63 | $0.00 | $555.63 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $2,642.48 | $0.00 | $2,642.48 |
| 13 | UNITED STATES TREASURY (IRS) »» 013 | Priority Crediors | $3,452.20 | $3,452.20 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $1,201.09 | $0.00 | $1,201.09 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $469.85 | $0.00 | $469.85 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,065.46 | $0.00 | $1,065.46 |
| 15 | MARINER FINANCE LLC »» 015 | Unsecured Creditors | $3,684.40 | $0.00 | $3,684.40 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $1,868.91 | $0.00 | $1,868.91 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $1,519.27 | $0.00 | $1,519.27 |
| 10 | EDUCATIONAL CREDIT MGMT CORP »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $609.95 | $0.00 | $609.95 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,571.67 | $0.00 | $1,571.67 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $777.35 | $0.00 | $777.35 |
| 4 | SANTANDER CONSUMER USA »» 004 | Secured Creditors | $490.61 | $490.61 | $0.00 |

| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $1,624.26 | $0.00 | $1,624.26 |
| 19 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $535.85 | $0.00 | $535.85 |
| 9 | TD RETAIL CREDIT SERVICES<br>»» 009 | Unsecured Creditors | $1,366.56 | $0.00 | $1,366.56 |
| 12 | ALLIED FIRST BANK SB DBA SERVBANK<br>»» 012 | Mortgage Arrears | $29,949.02 | $26,592.45 | $3,356.57 |
| 20 | CHARLES LAPUTKA ESQ<br>»» 020 | Attorney Fees | $2,510.00 | $2,510.00 | $0.00 |
| 20 | ALLIED FIRST BANK SB DBA SERVBANK<br>»» 12P | Mortgage Arrears | $5,938.75 | $5,279.36 | $659.39 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,771.00 | Current Monthly Payment: | $910.00 |
| Paid to Claims: | $38,324.62 | Arrearages: | $1,615.00 |
| Paid to Trustee: | $3,446.38 | Total Plan Base: | $47,026.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.