**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | **Chapter 13** |
| **JAMYE GWEN  KEISER** | **Case No.18-18325-PMM** |
| **Debtor** | |

## <u>NOTICE OF COMPLETION OF PLAN PAYMENTS</u>

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan. The Trustee requests that any wage order entered

in this case be terminated and the employer cease wage withholding.

**Office of the Chapter 13 Trustee**

Date: January 23, 2024          By:    */s/ Scott F. Waterman*

Scott F. Waterman, Esquire, Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
(610)779-1313 (Phone)
(610)779-3637 fax