Certificate Number: 17082-PAE-DE-038129967

Bankruptcy Case Number: 18-18325



17082-PAE-DE-038129967

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2024, at 2:16 o'clock PM MST, JAMYE G KEISER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 25, 2024

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director