B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT
### Eastern District Of PA

In re Jayme Gwen Keiser
_____
Debtor

Case No. 18-18325

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  01/31/2024
             ―――――――
                Date                                              */s/ [signature]*
                                                                    Debtor

citrix | RightSignature



**REFERENCE NUMBER**
ABDC88A0-7B06-4102-8791-8E4D39EFF8A4

# SIGNATURE CERTIFICATE

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>ABDC88A0-7B06-4102-8791-8E4D39EFF8A4 | **Document Name**<br>dso form |
| **Transaction Type**<br>Signature Request | **Filename**<br>dso_form.pdf |
| **Sent At**<br>01/31/2024 12:37 EST | **Pages**<br>2 pages |
| **Executed At**<br>01/31/2024 12:43 EST | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>56.7 KB |
| **Distribution Method**<br>email | **Original Checksum**<br>54ef0d1f111f7bb5b10807b2be5d17d564c1b732103822d5a116208ddb12a11d |
| **Signed Checksum**<br>63f40e4eee9000e200d4ac4190c333ef71d1f20bf8199606cf1d4812383703c9 | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Jayme Keiser | **Status**<br>signed | **Viewed At**<br>01/31/2024 12:42 EST |
| **Email**<br>hubner3@gmail.com | **Multi-factor Digital Fingerprint Checksum**<br>b3499ccba6c1cb389df0e99b2c1367de3faa6d148aa5b79a5a64b3b7a4bff496 | **Identity Authenticated At**<br>01/31/2024 12:43 EST |
| **Components**<br>2 | **IP Address**<br>97.145.74.214 | **Signed At**<br>01/31/2024 12:43 EST |
| | **Device**<br>Chrome Mobile iOS via iOS | |
| | **Drawn Signature**<br>*[signature]* | |
| | **Signature Reference ID**<br>0C09DC06 | |
| | **Signature Biometric Count**<br>2 | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 01/31/2024 12:37 EST | Charles Laputka (jen@laputkalaw.com) created document 'dso_form.pdf' on Microsoft Edge via Windows from 108.52.233.201. |
| 01/31/2024 12:37 EST | Jayme Keiser (hubner3@gmail.com) was emailed a link to sign. |
| 01/31/2024 12:42 EST | Jayme Keiser (hubner3@gmail.com) viewed the document on Chrome Mobile iOS via iOS from 97.145.74.214. |
| 01/31/2024 12:43 EST | Jayme Keiser (hubner3@gmail.com) authenticated via email on Chrome Mobile iOS via iOS from 97.145.74.214. |
| 01/31/2024 12:43 EST | Jayme Keiser (hubner3@gmail.com) signed the document on Chrome Mobile iOS via iOS from 97.145.74.214. |