United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18325-pmm |
| Jamye Gwen Keiser | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 01, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamye Gwen Keiser, 4580 Jasmine Dr, Center Valley, PA 18034-8506 |
| 14571131 | + | Countryside at Saucon Comm Assoc, c/o Joshua A. Gildea, Esq., FITZPATRICK LENTZ & BUBBA, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 14571081 | + | Countryside at Saucon Community Association, Inc., c/o East Coast Property Management, PO Box 730, Oakhurst, NJ 07755-0730 |
| 14248297 | + | East Coast Management, 740 Llyod Road, Building 14, Matawan, NJ 07747-1056 |
| 14248298 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14275569 | | IRS, Department of the Treasury, Andover, MA 01810 |
| 14248306 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2087 |
| 14248307 | + | Michael J. Dougherty, Esquire, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 14248309 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14386878 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14248315 | + | TD RCS/Raymour & Flanigan, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |
| 14248316 | + | The Money Source, 135 Maxess Road, Melville, NY 11747-3801 |
| 14275196 | + | The Money Source Inc., Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14248317 | + | William K. Malkames, Esquire, 509 Linden St, Allentown, PA 18101-1415 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 02 2024 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 02 2024 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14773768 | + | Email/Text: BK@servicingdivision.com | Feb 02 2024 00:26:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14248294 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 02 2024 00:26:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14248295 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2024 00:31:04 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 14257205 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2024 00:31:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14272722 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2024 00:41:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14248296 | | Email/Text: mrdiscen@discover.com | Feb 02 2024 00:26:00 | Discover Financial Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14252648 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14409372 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 02 2024 00:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14248299 | ^ | MEBN | Feb 02 2024 00:26:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14248300 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2024 00:18:35 | Hayt Hayt & Landau LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14248301 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 02 2024 00:26:00 | IRS, Department of the Treasury, P.O. Box 7346, Phila., PA 19101-7346 |
| 14256883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 02 2024 00:26:00 | Jefferson Capital System, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 14248302 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 02 2024 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14248303 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2024 00:26:00 | JH Portfolio Debt Equities LLC, 5757 Phanton Dr, Suite 225, Hazelwood, MO 63042-2429 |
| 14781953 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:26:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14253701 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:30:45 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14248304 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:30:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14248305 | ^ | MEBN | Feb 02 2024 00:31:06 | LVNV Fundings LLC, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 14276618 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 02 2024 00:18:34 | Mariner Finance, 5802 E Virginia Beach Blvd, Suite 121, Norfolk, VA 23502-2483 |
| 14248308 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2024 00:26:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14267473 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2024 00:26:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14248310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2024 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14276019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2024 00:31:34 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14248311 | | Email/Text: signed.order@pfwattorneys.com | Feb 02 2024 00:31:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14256542 | | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2024 00:26:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14278756 | + | Email/Text: bncmail@w-legal.com | Feb 02 2024 00:26:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14248312 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 02 2024 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14256712 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 02 2024 00:26:00 | Santander Consumer USA, 8585 N Stemmons Fwy, Suite 1100-N, Dallas, TX 75247-3822 |
| 14248313 | + | Email/Text: bankruptcy@bbandt.com | Feb 02 2024 00:26:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14270894 | + | Email/Text: bncnotifications@pheaa.org | Feb 02 2024 00:26:00 | SunTrust Bank, 1001 Semmes Ave, PO Box 27172, Richmond, VA 23261-7172 |
| 14248692 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2024 00:26:00 | Suntrust, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| | | | Feb 02 2024 00:31:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14279893 | + | Email/Text: bncmail@w-legal.com | Feb 02 2024 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14248314 | + | Email/Text: bncmail@w-legal.com | Feb 02 2024 00:26:00 | TD Bank/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14270776 | + | Email/Text: tdebn@credbankserv.com | Feb 02 2024 00:26:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14720999 | ^ | MEBN | Feb 02 2024 00:18:43 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14589541 | + | Email/Text: BK@servicingdivision.com | Feb 02 2024 00:26:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14273952 | + | Email/Text: BK@servicingdivision.com | Feb 02 2024 00:26:00 | The Money Store Inc., 500 South Broad St, Suite 100A, Meriden CT 06450-6755 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Jamye Gwen Keiser claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor The Money Source Inc. jblank@pincuslaw.com  mmorris@pincuslaw.com |
| JOSHUA A. GILDEA | on behalf of Creditor Countryside at Saucon Community Association  Inc. jgildea@flblaw.com, ccharlton@flblaw.com |
| MARK A. CRONIN | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 01, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

        ECFMail@ReadingCh13.com

Scott F Waterman

        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@fredreiglech13.com

THOMAS SONG

        on behalf of Creditor The Money Source Inc. tomysong0@gmail.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jamye Gwen Keiser
    Debtor(s)

Case No: 18−18325−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/1/24

    142 − 135
    Form 138OBJ